May 17, 1909.

————o————

## No. 4712.

Court of Appeal, Parish of Orleans.

## MATO PARUN VS. ADOLPH CLARK.

Conclusions of fact reached by the Court of first instance will not be disturbed on appeal.

Appeal from the Twenty-ninth Judicial District, Parish of Plaquemines.

John Dymond, Jr., for Plaintiff and Appellant.

R. E. Hingle for Defendant and Appellee.

ST. PAUL, J. This case presents only a question of fact,

the solution of which depends entirely upon the degree of credit to which the testimony of the various witnesses may be entitled.

Their testimony is highly conflicting, but the District Judge saw and heard them all and took active part in their examination. He personally inspected the property about which they testified, and which forms the subject of this controversy. His conclusions are therefore entitled to great weight and should not be disturbed unless manifestly erroneous.

Our examination of the record does not warrant us in reaching the conclusion that there is any manifest error in the judgment appealed from, and it is accordingly affirmed.